306

O'NEAL v. THE STATE.

ATKINSON, Justice. The motion for a new trial complaining of the verdict finding the defendant guilty of murder, and recommending him to the mercy of the court, is based on the usual general grounds, and makes no complaint of any error of law committed on the trial. The evidence was sufficient to support the verdict, and there was no error in refusing a new trial.        *Judgment affirmed. All the Justices concur.*

No. 11451.   NOVEMBER 11, 1936.

*P. Z. Geer,* for plaintiff· in error.

*M. J. Yeomans,* attorney-general, *R. A. Patterson,* solicitor-general, *B. D. Murphy, Hooper & Hooper,* and *E. J. Clower,* contra.

POUNDS v. PYBURN.

HUTCHESON, Justice. 1. "No election shall be defeated for non-compliance with the requirements of the law, if held at the proper time and place by persons qualified to hold it, unless it is shown that, by such non-compliance, the result is different from what it would have been had there been proper compliance." Code, § 34-3101; *Jossey* v. *Speer,* 107 *Ga.* 828 (3) (33 S. E. 718); *Slate* v. *Blue Ridge,* 113 *Ga.* 646 (3) (38 S. E. 977); *Chamlee* v. *Davis,* 115 *Ga.* 266 (5) (41 S. E. 691); *Coleman* v. *Board of Education,* 131 *Ga.* 643 (9) (63 S. E. 41); *Brumby* v. *Marietta,* 132 *Ga.* 408 (64 S. E. 321); *Brown* v. *Atlanta,* 152 *Ga.* 283 (4) (109 S. E. 666); *Stewart* v. *Cartwright,* 156 *Ga.* 192 (2) (118 S. E. 859).

2. Where there was an election for three city commissioners, for which offices there were six candidates, and the three candidates receiving the highest number of votes were declared elected, the fact that there were various irregularities in the election, and the ballots were not numbered, and a number of votes were cast by persons disqualified to vote, which illegal votes, if deducted from the count for the *successful* candidates, would have changed the result, will not void the election; the investigation under the issue made upon a quo warranto by a citizen and taxpayer not disclosing for which of the candidates the illegal votes were cast. Nothing herein ruled is in conflict with *Howell* v. *Pate,* 119 *Ga.* 537 (2) (46 S. E. 667), and *Briscoe* v. *Between Consolidated School District,* 171 *Ga.* 820 (2) (156 S. E. 654). In such a case it was not error for the court to direct a verdict for the respondent.

*Judgment affirmed. All the Justices concur.*

No. 11452.   NOVEMBER 11, 1936.

*Carl T. Hudgins,* for plaintiff.

*A. A. Baumstark,* for defendant.